AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Antonio Neri

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:06-M-107M

I, Antonio Neri, charged in a (complaint) (petition) pending in this District with Felon in Possession of a firearm in violation of Title 18, U.S.C., 922 (G)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination)(hearing), do hereby waive (give up) my right to a preliminary (examination)(hearing).

[signature]
Defendant

10-17-06
Date

[signature]
Counsel for Defendant