UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 01 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA :
:
:
v. : CR. No. 1:06-M-107M
:
:
ANTONIO NERI :
:

**ORDER**

The United States and the defendant Antonio Neri having moved this Court for an Order excluding the period November 12, 2006 through December 14, 2006 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b);

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the defendant in a speedy trial, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant seek additional time to finalize the terms of a plea agreement.

2. The defendant seeks additional time to discuss a proposed plea agreement with his attorney, and to consider such an agreement.

3. The filing of a plea agreement would likely result in a resolution of this matter on terms agreeable to the government, to the defendant and to the Court, and would eliminate the need for further pre-trial and trial proceedings, thereby conserving judicial resources.

WHEREFORE, it is on this 2nd day of November, 2006;

ORDERED, that the period from November 12, 2006 through December 14, 2006 be excluded from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

Dated: 11-2-06

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge