RECEIVED
DEC 6 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.
FILED
DEC 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 06 144 ML |
| | : | |
| | : | |
| v. | : | In violation Of 18 U.S.C. § 922(g)(1) |
| | : | |
| | : | |
| ANTONIO NERI | : | |

INFORMATION

The United States Attorney charges that:

COUNT I

On or about July 4, 2006, in the District of Rhode Island, the defendant, ANTONIO NERI, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Jimenez Arms 9 millimeter semi-automatic pistol, serial number 012755, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count I of this Information, the defendant, ANTONIO NERI, shall forfeit to the

United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearm identified in Count I of the Information.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

LUIS M. MATOS
Criminal Chief

Date: 12/6/06