O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
DEC 06 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ANTONIO NERI

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 144 ML

I, Antonio Neri, the above named defendant, who is accused of

being a felon in possession of a handgun, in violation of Title 18, United States Code, Section 922(g)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-8-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before David L. Martin
Judicial Officer