# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-144-01ML***

RECEIVED
DEC 1[illegible] 2006
US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ANTONIO NERI**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **16th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

****RESCHEDULED from 12/28/06*****

I hereby c[illegible] and return that [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: December 15, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** [signature]
***Barbara Barletta - Deputy Clerk***