# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CR 06-144ML***

***To: Warden***
***ACI***
***Cranston, RI***

05199-070

YOU ARE HEREBY COMMANDED, to have the **body** of **Antonio Neri**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock p.m.**, on the **6th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] date and time executed.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 16, 2007

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** ___________________
***John Duhamel - Deputy Clerk***